UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TESSA OGDEN,                                   No. 07-10111

       Plaintiff,                          District Judge Bernard A. Friedman

v.                                             Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,
ET.AL.,

       Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on December 23, 2008, Plaintiff's Motion to Compel Discovery [Docket #84] is GRANTED IN PART AND DENIED IN PART.

    SO ORDERED.


                                  S/R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 23, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 23, 2008.

                                  S/Gina Wilson
                                  Judicial Assistant